UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ALBERTO HERNANDEZ GUILLEN,

Petitioner,

-against-

KENNETH GENALO, *New York Field Office Director Department of Homeland Security Immigration and Customs Enforcement (In his official capacity)*, TODD LYONS, *Acting Enforcement and Removal Operations Immigrations and Customs Enforcement (In his official capacity)*, KRISTI NOEM, *Secretary, Department of Homeland Security (in her official capacity)*, PAMELA BONDI, *Attorney General of the United States U.S. Department of Jusitce (in her official capacity)*, and PAUL ARTETA, *Sheriff, Orange County Jail (in his official capacity)*,

Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/8/26

1:26-cv-1524-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that by June 11, 2026, Respondents shall file a letter explaining their position on whether, applying *Barbosa da Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026), Petitioner here is entitled to a writ of habeas corpus requiring his release or a bond hearing before an immigration judge.

**SO ORDERED.**

**Date:   June 8, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1