UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ALBERTO HERNANDEZ GUILLEN,

Petitioner,

-against-

KENNETH GENALO, *New York Field Office Director Department of Homeland Security Immigration and Customs Enforcement (In his official capacity), et al.*,

Respondents.

26 CIVIL 01524 (MKV)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated November 12, 2026, the petition is granted in part insofar as it seeks a new bond hearing, which should be conducted according to the standards set forth in Velasco Lopez, 978 F.3d 842: accordingly, the case is closed.

**Dated:** New York, New York
November 13, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**